**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

Attorneys for Plaintiff,
LAURIE KING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| LAURIE KING, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 5:21-cv-00100<br><br>**NOTICE OF SETTLEMENT** |

　　　NOTICE IS HEREBY GIVEN that this case has been settled between plaintiff Laure King ("Plaintiff") and defendant U.S. Bank, N.A. ("Defendant") (collectively with Plaintiff, the "Parties"). The Parties are currently preparing a written settlement agreement, which they expect to execute within two weeks. Shortly thereafter, Plaintiff expects to file a notice of voluntary dismissal with prejudice as to Defendant

and the claims alleged against it in the Complaint. Accordingly, Plaintiff respectfully requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after June 1, 2021 for Plaintiff to file a notice of voluntary dismissal.

Dated: May 4, 2021	**KAZEROUNI LAW GROUP, APC**

By  */s/ Abbas Kazerounian*
ABBAS KAZEROUNIAN

Attorneys for Plaintiff,
LAURIE KING